# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-4138

_____

| | | |
|---|---|---|
| Anthony Daniele, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| United States of America, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted:  October 1, 1999

Filed:  October 18, 1999

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Anthony Daniele appeals the district court's denial of his petition for writ of error coram nobis, see 28 U.S.C. § 1651(a), alleging ineffective assistance of trial counsel. Daniele asserts his defense counsel should have sought compulsion of testimony from Daniele's codefendant even though the codefendant claimed he would assert his Fifth Amendment privilege if called.  Having carefully reviewed the parties' briefs and the record, we affirm for the reasons set out in the magistrate judge's thorough report and recommendation as adopted by the district court.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.